Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.185.0.103,<br><br>                    Defendant. | Case Number: 2:18-cv-02637-MCE-CKD<br><br>**DECLARATION OF LINCOLN D. BANDLOW** |

I, Lincoln Bandlow, declare as follows:

1.      I am an attorney duly licensed and authorized to practice in the State of California and I am a Partner with the law firm of Fox Rothschild LLP ("Fox Rothschild"), counsel for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-titled action.  I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.  I make this Declaration in Support of Plaintiff's Opposition to Defendant's Motion to Quash the Subpoena on AT&T and for a Modification of the Order at Docket 7.

2.      In the instant case, Defense counsel's sole communication was an email sent at 6:26 p.m. on Friday, December 7, 2018, which: (a) claimed that Defendant was elderly; (b)

stated that Defendant had no idea what this case was about; and (c) demanded that Plaintiff unilaterally dismiss this lawsuit so that Defendant could enjoy the holidays.

3.      On Monday, December 10, 2018 at 12:15 p.m. – the first business day after Defendant's counsel's 6:26 p.m. email from the previous Friday – Defense counsel sent an email to the Honorable Judge Carolyn K. Delaney's Courtroom Deputy indicating that Defendant and Defense counsel were prepared to participate in the Court's "informal conference" procedure.  In this e-mail, defense counsel proposed dates which were either virtually immediately or through January of 2019.  Defense counsel's e-mail failed to even mention his intention to file a motion to quash.  Rather, he made it clear that Defendant would proceed with an informal conference after the ISP identified Defendant.

4.      Defense counsel did not engage in any follow up correspondence with Plaintiff's counsel regarding his December 7, 2018 demand that the case be dismissed.  Instead, just six days after representing his intention to take part in the informal conference, he filed this present Motion.  I was very surprised by his filing of this motion because I had absolutely no idea it was coming.

5.      Attached hereto as Exhibit "A" is a true and accurate copy of the email exchanges I had with Defense counsel.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed by me in Los Angeles, California, on January 16, 2019.

Lincoln Bandlow, Esq.

2

# EXHIBIT A

**Bandlow, Lincoln D.**

| | |
|---|---|
| **From:** | J. Curtis Edmondson <jcedmondson@edmolaw.com> |
| **Sent:** | Friday, December 07, 2018 6:26 PM |
| **To:** | Bandlow, Lincoln D. |
| **Cc:** | jcedmondson@edmolaw.com |
| **Subject:** | [EXT] 2:18-cv-02637-MCE-CKD - Eastern District of California |
| **Attachments:** | MLO 1.002 - Notice of Intent for Informal Conference -20181207.pdf; MLO 1.002 - Notice of Appearance -20181207 r2.pdf |

Lincoln,

I have appeared in the above referenced case. I can represent my client is elderly and has no idea what this case is about. I respectfully ask that you dismiss this action by December 12th, 2018 so that my client can enjoy the December holiday season in peace.

In Best Regards,

J. Curtis Edmondson, Patent Attorney | Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | CA PE 13377| WA PE 43728
Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com



1

**Bandlow, Lincoln D.**

| | |
|---|---|
| **From:** | J. Curtis Edmondson <jcedmondson@edmolaw.com> |
| **Sent:** | Monday, December 10, 2018 12:15 PM |
| **To:** | JStreeter@caed.uscourts.gov; Bandlow, Lincoln D. |
| **Cc:** | jcedmondson@edmolaw.com |
| **Subject:** | [EXT] Re: Case No. 2:18-cv-2637, Strike 3 Holdings, LLC v. John Doe |

Ms. Streeter,

Thank you for your email.

I would prefer a telephonic appearance, but I can appear in person if that is what the Court would prefer.

As for dates. I am open this week for a telephonic.  Next week I am in New York City.   I can appear telephonically or in person between Christmas and New Years.  My January is open except for the week of January 14th, where I will be in Valdez, Alaska.

In Best Regards,

J. Curtis Edmondson, Patent Attorney | Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | CA PE 13377| WA PE 43728
Venture Commerce Center, 3699 NE John Olsen Ave, Hillsboro OR 97124
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com

## Edmondson IP Law

On December 10, 2018 at 3:00 PM JStreeter@caed.uscourts.gov wrote:

Counsel:

As the Defendant has indicated through filing of a Notice of Intent (ECF No. 9), they wish to schedule an information conference, I need to obtain the following information:

1.      Is Plaintiff willing to participate in such a conference?

2.      If so, do the parties wish to appear telephonically or in person?

3.      What dates are the parties available to schedule this conference?

Once I receive your responses to these questions, I will know how to proceed with the scheduling.  Your prompt attention to this matter is greatly appreciated.

Judy Streeter
Courtroom Deputy to
Magistrate Judge Carolyn K. Delaney
U.S. District Court Eastern District of CA

(916) 930-4004
jstreeter@caed.uscourts.gov