# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

STRIKE 3 HOLDINGS, LLC,

              Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 99.185.0.103,

              Defendant.

Case Number: 2:18-cv-02637-MCE-CKD

**ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENA AND EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENA**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby Orders as follows:

1.      The hearing on Defendant's Motion to Quash Subpoena is continued from January 30, 2019 at 10:00 AM to February 20, 2019 at 10:00 AM; and

2.      The deadline for Defendant to file and serve a Reply in Further Support of Motion to Quash Subpoena is extended to January 30, 2019.

IT IS SO ORDERED.

Dated:  January 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE